IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID S. POPE | ) | |
| | ) | |
| v. | ) | NO. 3:22-0114 |
| | ) | Campbell/Holmes |
| RONALD H. SNYDER; BENEFITS FOR | ) | |
| CORPORATE AMERICA, INC.; | ) | |
| BENEFIT STRATEGIES GROUP, LLC; | ) | |
| BENEFITS FOR CORPORATE | ) | |
| AMERICA INC. DEFERRED | ) | |
| COMPENSATION PLAN | ) | |

**O R D E R**

Pending before the Court is a Notice of Bankruptcy filed by Defendant Ronald H. Snyder. (Docket No. 27.) Accordingly, all further proceedings against Snyder are **STAYED**, pursuant to 11 U.S.C. § 362. Snyder's motion to dismiss (Docket No. 13) is therefore DENIED WITHOUT PREJUDICE to refiling upon a showing that the automatic stay has been lifted.[1]

Subject to further order, all proceedings against the remaining Defendants continue unabated and pursuant to the Scheduling Order. (Docket No. 23.) Given that the claims against Snyder are automatically stayed, Plaintiff may renew his motion for default judgment against the remaining Defendants, which was previously denied without prejudice pending adjudication of the claims against Snyder. *See* Order at Docket No. 25.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Upon the lifting of the automatic stay or conclusion of the bankruptcy case, Plaintiff may move to reinstate the claims against Snyder, if not discharged or as otherwise permitted by the Bankruptcy Code.